IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3028 |
| | ) | |
| V. | ) | |
| | ) | |
| CRAIG A. WORKMAN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion for discovery (filing 19) and motion for bill of particulars (filing 20) are denied.

DATED this 22nd day of June, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge