IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3028 |
| | ) | |
| v. | ) | |
| | ) | |
| CRAIG A. WORKMAN, | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| Defendant. | ) | |

On July 29, 2009, I conferred by telephone with counsel for the government and the defendant. The defendant is charged with tax crimes and is representing himself.

The defendant and the government have entered into plea negotiations and the defendant desires the appointment of standby counsel to advise him. The defendant informs me that he is financially unable to engage standby counsel and I conclude that the appointment of standby counsel is warranted. The defendant also requested that this matter be removed from the trial calendar so that he has an adequate opportunity to confer with standby counsel and he agreed that the time between now and the time of any trial should be excluded from computation under the Speedy Trial Act. The government did not oppose the continuance request. Therefore,

IT IS ORDERED that:

1. Assistant Federal Public Defender John Vanderslice is appointed as standby counsel to answer the defendant's questions and to make suggestions to the defendant. If a trial or other court proceedings are required, standby counsel shall appear with the defendant and be

-1-

available to answer the defendant's questions and to make suggestions to the defendant. Standby counsel may seek directions from the undersigned if counsel has questions regarding the scope of this appointment. Standby counsel shall promptly enter his appearance.

2. This case is removed from the trial docket until further order of the court.

3. No later than 60 days from today's date, the defendant, standby counsel and counsel for the government shall jointly advise the undersigned of the status of this matter.

4. The Clerk shall provide a copy of this order and all subsequent orders to the defendant <u>and</u> to standby counsel.

5. The time between today's date and the date of trial is excluded from computation under the Speedy Trial Act in the interests of justice and, specifically, to insure that the defendant, who is an unrepresented person, is treated fairly. *See* 18 U.S.C. § 3161.

DATED this 30th day of July, 2009.

                                         BY THE COURT:

                                         *Richard G. Kopf*
                                         United States District Judge