IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3028 |
| | ) | |
| V. | ) | |
| | ) | |
| CRAIG A. WORKMAN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

I conferred by telephone with the prosecutor, standby counsel and the defendant. At the urging of able standby counsel, the government has proposed a plea agreement to the defendant. At the oral request of the defendant and standby counsel,

IT IS ORDERED that the defendant shall have until Friday, October 30, 2009 at 5:00 PM to notify me by filing a notice in the court file as to whether he wants a trial or will enter a guilty plea. If he does not submit such a filing, I will take further appropriate action including setting this matter for trial. No further delays will be tolerated. The time remains excluded under the provisions of the Speedy Trial Act. (*See* filing 27.) The Clerk shall provide a copy of this order to counsel and the defendant.

DATED this 29th day of September, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge