IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  4:09CR3028 |
| ) | |
| CRAIG A. WORKMAN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before the Court on defendant's Request to File A Restricted Document, filing 44.  The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.1, the Clerk shall file defendant's Brief in Support of Motion for Variance restricted.

IT IS FURTHER ORDERED that said Brief be made available to case participants only.

Dated April 29, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge